## United States District Court for the Northern District of Illinois

Case Number: 08CV2810        Assigned/Issued By: J. N.

Judge Name: GETTLEMAN        Designated Magistrate Judge: MASON

---

### FEE INFORMATION

*Amount Due:*   ☐ $350.00     ☐ $39.00     ☐ $5.00

☐ IFP     ☐ No Fee     ☐ Other _____

☐ $455.00

Number of Service Copies _____        Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____        Receipt #: _____

Date Payment Rec'd: _____        Fiscal Clerk: _____

---

### ISSUANCES

☑ Summons                                 ☐ Alias Summons

☐ Third Party Summons                     ☐ Lis Pendens

☐ Non Wage Garnishment Summons            ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons      _____
                                          _____
☐ Citation to Discover Assets             (Victim, Against and $ Amount)

☐ Writ _____
       (Type of Writ)

__3__ Original and __3__ copies on __5-15-08__ as to TIGER AUTO PARTS, INC.;
                                     (Date)
HECTOR HERNANDEZ; JEAN HERNANDEZ _____

C:\wpwin80\docket\feeinfo.frm        03/14/05